United States District Court
Southern District of Texas
**ENTERED**
March 01, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL ACTION NO. 2:20-CR-01420 |
| | § |
| MICHAEL DASHUN HOWARD | § |
| | § |
| Defendant. | § |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

Pending before the Court is Defendant's motion for reconsideration of detention order. (D.E. 19). A detention hearing was held today in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The Court heard argument from counsel for the Defendant and the government. After considering the motion filed by Defendant, the government's response, and the argument of counsel today, the Court **DENIES** the motion. The following requires detention of the Defendant pending trial in this case:

(1) There are no conditions or combination of conditions that would reasonably assure the appearance of the Defendant as required and the safety of the community.

The evidence against the Defendant meets the probable cause standard, as a Grand Jury has returned a true-billed indictment in this case. The Defendant was on bond for five felony offenses in Fort Bend County, Texas at the time of the instant offense and his appearance bond was forfeited in those cases for nonappearance. The findings and conclusions contained in the Pretrial Services Report are adopted.

The Defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on March 1, 2021.

_____
Julie K. Hampton
United States Magistrate Judge